CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
K. ELIZABETH DAHLSTROM (Bar No. 228552)
(E-mail: Elizabeth_Dahlstrom@fd.org)
DEVON PORTER (Bar No. 308365)
(E-Mail: Devon_Porter@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7531
Facsimile: (213) 894-0081
Attorneys for Petitioner

ROB BONTA
Attorney General of California
LANCE E. WINTERS
Chief Assistant Attorney General
JAMES WILLIAM BILDERBACK II
Senior Assistant Attorney General
DANA MUHAMMAD ALI
Supervising Deputy Attorney General
XIOMARA COSTELLO
Deputy Attorney General
State Bar No. 187691
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6098
Fax: (916) 731-1122
E-mail: Xiomara.Costello@doj.ca.gov
Attorneys for Respondent

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MARK ALAN BRADFORD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD, Acting Warden, California State Prison at San Quentin,<br><br>　　　　　Respondent. | No. CV 97-6221 TJH<br><br>**DEATH PENALTY CASE**<br><br>**AMENDED JOINT JUDGMENT [243]** |

The Court, having previously granted Petitioner Mark Alan Bradford's First Amended Petition for *Habeas* Relief as to Claims 4, 8(A), and 8(B) (*see* Dkt. No. 241 at 47), enters Judgment as follows:

It is Ordered, Adjudged and Decreed that the First Amended Petition be, and hereby is, Granted in part and Denied in part, as follows:

1. Insofar as the First Amended Petition challenges the judgment of conviction for first degree murder and the special circumstance finding in the case of *The People of the State of California v. Mark Alan Bradford*, Case No. A820582, in the Superior Court for Los Angeles County, the First Amended Petition is hereby GRANTED.
2. Insofar as the First Amended Petition challenges the judgment of conviction for rape and sodomy[1] in the case of *The People of the State of California v. Mark Alan Bradford*, Case No. A820582, in the Superior Court for Los Angeles County, the First Amended Petition is hereby DENIED.

It is further Ordered, Adjudged and Decreed that Claims 8(C), 8(D), 8(E), 8(F), and 8(G) in the First Amended Petition for *Habeas* Relief are DISMISSED as moot.

It is further Ordered that the State of California shall, within 120 days from the entry of this Judgment, either: (1) Grant Petitioner a new trial on the murder or the murder with a special circumstance allegation or (2) Re-sentence Petitioner in accordance with this Judgment, California law and the United States Constitution. Within 130 days of this

---

[1] Petitioner's conviction and sentence for first degree robbery were reversed by the California Supreme Court on appeal. *People v. Bradford*, 14 Cal. 4th 1005, 1057 (1997).

Judgment, Respondent shall file a Notice of Compliance reporting the manner in which the State has complied with this Judgment.

This Judgment shall be stayed pending any appeal to the Ninth Circuit Court of Appeals by Respondent until issuance of the Ninth Circuit's mandate. If Respondent does not appeal, then the stay shall be lifted on the day after the time to appeal has expired.

It is further Ordered that the Clerk of Court shall enter judgment, and shall immediately notify the warden of this Judgment.

Date: MAY 24, 2023

_____
HON. Terry J. Hatter, Jr.
United States District Judge

CC:DPLC, BOP

3